## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>MARLENE DIAZ(2),<br><br>            Defendant. | CASE NO. 13CR0590-GPC<br><br>**JUDGMENT OF DISMISSAL** |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_x_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment/Information:

   21:952 and 960; 18:2 - Importation of Cocaine and Aiding and Abetting

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/21/2013

*Barbara L. Major* (signature)
Barbara L. Major
U.S. Magistrate Judge